UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manuel Cordovez,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Aetrex Worldwide, Inc.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO.: 1:10-cv-01127 (HHK) |

## NOTICE OF CONSTITUTIONAL CHALLENGE

Pursuant to Federal Rule of Civil Procedure 5.1, notice is hereby given that Defendant Aetrex Worldwide, Inc. ("Aetrex") has challenged the *qui tam* provision in 35 U.S.C. Section 292(b) as violating the Appointments and Take Care Clauses of the United States Constitution. U.S. Const. art. II, §§ 2–3.

Aetrex raises its challenge in its Motion to Dismiss filed September 7, 2010, in the above-captioned case. Pursuant to Rule 5.1(a)(2), the undersigned hereby certifies that on July 11, 2011, this NOTICE OF CONSTITUTIONAL CHALLENGE, the MOTION TO DISMISS, and the MEMORANDUM IN SUPPORT OF MOTION TO DISMISS were served on the U.S. Attorney General by certified mail, return receipt requested, at the following address:

United States Attorney General
U.S. Department of Justice, Room B-103
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*[SIGNATURE PAGE ATTACHED]*

Respectfully submitted,

/s/ Timothy J. Fitzgibbon
Timothy J. Fitzgibbon (D.C. Bar No. 370619)
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, 9th Floor
Washington, DC  20001
Telephone:  (202) 712-2812
Fax: (202) 712-2860
Email: tim.fitzgibbon@nelsonmullins.com

*Of Counsel:*

Lance A. Lawson (NC Bar No. 23835)
Nelson Mullins Riley & Scarborough LLP
Bank of America Corporate Center
42nd Floor
100 North Tryon Street,
Charlotte, NC 28202-4000
Telephone (704) 417-3000
Fax: (803) 255-9831
Email: lance.lawson@nelsonmullins.com

**Counsel for Defendant Aetrex Worldwide, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing Notice of Constitutional Challenge with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to the following:

Stan M. Doerrer, Esq.
Finkelstein Thompson, LLP
1050 30TH Street, NW
Washington, DC 20007

Donald J. Enright
Finkelstein Thompson, LLP
1050 30TH Street, NW
Washington, DC 20007

I further certify that on this same date true and complete copies of this Notice of Constitutional Challenge, the Motion to Dismiss, and the Memorandum in Support of Motion to Dismiss were also sent to the United States Attorney General, by means of certified mail, at the following address:

United States Attorney General
U.S. Department of Justice, Room B-103
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/ Timothy J. Fitzgibbon
Timothy J. Fitzgibbon (D.C. Bar No. 370619)
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, 9th Floor
Washington, DC 20001
Telephone: (202) 712-2812
Fax: (202) 712-2860
Email: tim.fitzgibbon@nelsonmullins.com

*Attorney for Defendant*